IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**LUIS MUNUZURI HARRIS,**

    **Plaintiff,**

v.    Case No. 3:25-cv-6-AW-HTC

**KENA FORRESTER-TROUPE, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The magistrate judge issued a report and recommendation concluding the court should dismiss based on Plaintiff's failure to truthfully disclose his litigation history. ECF No. 10. Plaintiff filed objections (ECF No. 12) and also supplemented his litigation history (ECF Nos. 11, 13). I have considered Plaintiff's objections de novo, and I now adopt the report and recommendation and incorporate it into this order.

At the least, it is clear that Plaintiff did not disclose the fact that the Eleventh Circuit dismissed his appeal as frivolous in Case No. 14-5520. The complaint form plainly asked Plaintiff to identify every "case in federal court, including federal appellate court" that was "dismissed as frivolous." ECF No. 1 at 19. Plaintiff should have identified Case No. 14-5520 but he did not.

Plaintiff complains that the magistrate judge "nit-picks" and committed "a conspiratorial vengeful judicial act," ECF No. 12, but as the magistrate judge

1

explains, the complaint form's questions about prior litigation serve an important function, and courts expect plaintiffs to truthfully answer.

In concluding dismissal is appropriate, I considered whether dismissal without prejudice would operate as a dismissal with prejudice, and I see no reason why it would. Plaintiff appears to present § 1983 claims based on actions from 2023, so there is no indication that any statute of limitations has run now.

The clerk will enter a judgment that says, "Plaintiff's case is dismissed without prejudice as malicious under 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1) for abuse of the judicial process." The clerk will then close the file.

SO ORDERED on March 27, 2025.

                              s/ *Allen Winsor*
                              United States District Judge